IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff/Respondent,<br><br>vs.<br><br>Jorge Avena-Pardo,<br><br>　　　　Defendant/Movant. | No. CV16-2127 PHX DGC (ESW)<br>　　　CR04-0872-2 PHX DGC<br><br>**ORDER** |

Defendant Jorge Avena-Pardo has filed a second amended motion to vacate sentence pursuant to 28 U.S.C. § 2255. Doc. 21. Plaintiff, United States of America, conceded that the second amended § 2255 motion should be granted in light of *United States v. Davis*, 139 S. Ct. 2319 (2019). Doc. 38. United States Magistrate Judge Eileen S. Willett has issued a report and recommendation ("R&R") recommending that the motion to vacate sentence pursuant to 28 U.S.C. § 2255 be granted. Doc. 39. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and grant the motion.

**IT IS ORDERED:**

1. The R&R (Doc. 39) is **accepted**.

2. The motion to vacate sentence (Doc. 21) is **granted.** The Court (i) vacates the portion of the Court's June 15, 2006 Judgment (CR Doc. 94) convicting Movant of violating Title 18, U.S.C. §924(c)(1)(A)(ii), Possessing, Using

and Carrying a Firearm During and in Relations to a Crime of Violence, as charged in Count 3 of the Indictment; (ii) will hold a resentencing hearing (Counts 1, 2, and 4); and (iii) directs the Probation Department to prepare an updated presentence investigation report prior to the resentencing hearing.

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4. The Clerk is directed to **terminate** this action.

Dated this 1st day of October, 2019.

David G. Campbell
Senior United States District Judge